

Cite as 2015 Ark. App. 641

# ARKANSAS COURT OF APPEALS

DIVISIONS I & IV

No. CR–15–72

| | | |
|---|---|---|
| J.F. | | **Opinion Delivered** November 12, 2015 |
| | APPELLANT | |
| | | APPEAL FROM THE CRAIGHEAD COUNTY CIRCUIT COURT, WESTERN DISTRICT [NO. JV–2009–114] |
| V. | | |
| STATE OF ARKANSAS | | HONORABLE LEE FERGUS, JUDGE |
| | APPELLEE | |
| | | REVERSED |

**BART F. VIRDEN, Judge**

This appeal is one of four cases to come before this court involving four juveniles who were tried together as codefendants on charges of theft by receiving, a Class C felony, and minor in possession.[1] Appellant's sole point on appeal is that the circuit court erred by failing to grant his motion to dismiss[2] because the only evidence of his guilt came from the testimony of a codefendant.

We reverse appellant's adjudication based on the analysis in a companion opinion decided October 28, 2015, *D.F. v. State*, 2015 Ark. App. ___.; therefore, we adopt and incorporate herein by reference the reasoning set forth in the companion case.

Reversed.

---

[1]*I.G. v. State*, CR–15–74, *D.F. v. State*, CR–15–78 and *A.I.M. v. State*, CR–15–79.

[2]Although appellant made a motion for a directed verdict during the adjudication and argues on appeal error in denial of the motion for a directed verdict, a motion for dismissal is generally made during a nonjury trial. Ark. R. Crim. P. 33.1 (2014).

SLIP OPINION

HARRISON, KINARD, GLOVER, AND BROWN, JJ., agree.

GLADWIN, C.J., dissents.

**ROBERT J. GLADWIN, Chief Judge, dissenting.** I dissent based on the same rationale expressed in *D.F. v. State*, 2015 Ark. App. \_\_\_\_.

*Terry Goodwin Jones*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Kristen C. Green*, Ass't Att'y Gen., for appellee.